**Dismissed and Opinion Filed March 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01447-CV

### WALTER B. FITCH, Appellant

### V.

### BAY MOUNTAIN CAPITAL, LLC, Appellee

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-02471**

## MEMORANDUM OPINION
Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Lang

Stating he no longer desires to proceed with and prosecute his appeal, appellant has filed

a motion to dismiss. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

141447F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WALTER B. FITCH, Appellant

No. 05-14-01447-CV     V.

BAY MOUNTAIN CAPITAL, LLC,
Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-02471.
Opinion delivered by Justice Lang. Justices
Stoddart and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Bay Mountain Capital, LLC recover its costs, if any, of this appeal from appellant Walter B. Fitch.

Judgment entered this 18th day of March, 2015.